UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OC JOHNSON,<br>Petitioner,<br>v.<br>CAITLIN SMITH,<br>Defendants. | Case No. 1:26-cv-09017-FJS (HC)<br><br>ORDER TO SUBMIT APPLICATION TO PROCEED *IN FORMA PAUPERIS* OR PAY FILING FEE WITHIN THIRTY DAYS<br><br>**THIRTY-DAY DEADLINE** |

Petitioner, a detainee proceeding *pro se*, filed this civil action on November 2, 2026. (Doc. 1.) Petitioner has neither paid the $5.00 filing fee nor applied to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall mail to Petitioner a form application to proceed *in forma pauperis*;

2. Within **thirty (30) days** of the date of service of this order, Petitioner shall submit the completed and signed application to proceed *in forma pauperis*, or in the alternative, pay the $5.00 filing fee for this action; and

3. **Failure to comply with this order will result in a recommendation for dismissal of this action.**

IT IS SO ORDERED.

Dated: **November 4, 2026**

UNITED STATES MAGISTRATE JUDGE